## MERCHANT vs. MASON.

ERROR on certiorari. Mason sued Merchant in a justice's court, to recover money alleged to have been illegally demanded by Merchant, and paid to him by Mason. Mason was committed on a justice's execution, and executed a bond for the limits with approved security, which was accepted by Merchant as jailer of the county of Monroe, but he refused to permit Mason to go at large on the limits, until he paid the sum of *seventy-five cents,* demanded as due for jail fees in such cases. The money was paid, and this action was brought to recover it back. The justice gave judgment for the plaintiff for the sum of 37½ cents damages, and costs of suit.

*F. M. Haight,* for plaintiff in error.

*W. H. Tobey,* contra.

*Margin notes:*

NEW-YORK, May, 1829.

Merchant v. Mason.

The sheriff, on admitting a defendant to the liberties of the jail, can charge only 37 1-2 cts. for his fees.

*By the Court*, MARCY, J. The statute allows to the sheriff, or his officer, 37½ cents for receiving a prisoner into custody, and a like sum for discharging him from custody. The latter sum cannot be exacted for granting the liberties of the jail. Suffering a defendant to go at large on giving a bond for the limits, is not the discharge contemplated by law ; for though the defendant has the liberties of the limits, he is still a prisoner. The judgment, therefore, must be affirmed.